DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**R.A.,** a minor,
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0742

[January 28, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Dana Gillen, Judge; L.T. Case No. 502024CJ001641A.

Daniel Eisinger, Public Defender, and Narine N. Austin, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Mary Elizabeth Johnson, Assistant Attorney General, West Palm Beach, for appellee.

### *ON CONFESSION OF ERROR*

PER CURIAM.

R.A., a minor ("Defendant"), appeals the circuit court's order denying her motion for judgment of dismissal. The State filed a confession of error. We have reviewed, and we accept the State's commendable confession of error.

Accordingly, we reverse the circuit court's ruling and remand with instructions to grant Defendant's motion for judgment of dismissal and vacate Defendant's conviction.

*Reversed and remanded.*

KLINGENSMITH, SHAW and LOTT JJ., concur.

\*     \*     \*

*Not final until disposition of timely-filed motion for rehearing.*